```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Tabak,

                Plaintiff,

        v.                                      17 Civ. 7611 (DAB)
                                                     ORDER
The MacDonald Broadcasting Company,

                Defendant.
---------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

    On November 3, 2017, the Court ordered Defendant corporation to obtain legal representation and for the defense attorney to file a Notice of Appearance. The Notice of Appearance was to be filed within 30 days of the November 3, 2017 Order.

    Based on an email sent to Chambers on December 4, 2017, non-Defendant Kenneth MacDonald does not appear to understand that, even if the case should settle against Defendant corporation, the corporation will still need an attorney of record to execute the settlement.

    The Court grants one final extension of 30 days for the Defendant corporation to get legal representation and have the attorney file a Notice of Appearance. Failure to do so shall result in the Court issuing an Order to Show Cause to the

**Plaintiff directing the Plaintiff to show cause why this case should not be dismissed for failure to prosecute.**

    **SO ORDERED.**

**Dated:    New York, New York**
              **December 4, 2017**

*/s/ Deborah A. Batts*
Deborah A. Batts
United States District Judge